People v Bonton (2025 NY Slip Op 07016)

People v Bonton

2025 NY Slip Op 07016

Decided on December 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
FRANCESCA E. CONNOLLY
LINDA CHRISTOPHER, JJ.

2000-03725
 (Ind. No. 4152/98)

[*1]The People of the State of New York, respondent,
v
Jerry Bonton, appellant.

Jerry Bonton, Stormville, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Andrew S. Durham of counsel), for respondent.
Patricia Pazner, New York, NY (De Nice Powell of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 10, 2004 (People v Bonton, 7 AD3d 634), affirming a judgment of the Supreme Court, Kings County, rendered April 11, 2000.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
LASALLE, P.J., DILLON, CONNOLLY and CHRISTOPHER, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court